UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KOSTIANTYN KALASHNIKOV,<br>    a/k/a "Kostya," and<br>ELENA AFANASYEVA,<br>    a/k/a "Lena,"<br><br>                Defendants. | **UNSEALING ORDER**<br><br>24 Cr. 519 |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Juliana Murray;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed on September 4, 2024 at 1:00 p.m. and remain unsealed pending further order of the Court.

Dated:    New York, New York
           September 4, 2024

_____
HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK